UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**WALLACE, RUSH, SCHMIDT, INC.**

DEBTOR(S)

BANKRUPTCY NO.
17-10698
SECTION "B"
CHAPTER 11

# FINAL DECREE

Considering the hearing scheduled for June 19, 2019 on the Debtor's Motion for Final Decree **(P-514)**, and the stipulation of counsel filed on June 14, 2019 **(P-526)**,

**IT IS ORDERED** that the motion for final decree is **granted** and a **final decree** is hereby entered.

**IT IS FURTHER ORDERED** that within fourteen (14) days of the entry of this order the Debtor shall file with the United States Trustee an affidavit indicating the amount of disbursements made by the Debtor for each quarter and pay to the United States Trustee the quarterly fees pursuant to 28 U.S.C. Section 1930 (a)(6) **and/or make satisfactory arrangements with the Office of the United States Trustee to pay the quarterly fees** *through the final decree date*.

**IT IS FURTHER ORDERED** that the above-captioned Chapter 11 proceeding will be **CLOSED after the Office of the United States Trustee provides the Court with proof of the payment of the quarterly fees.**

New Orleans, Louisiana, June 17, 2019.

*/s/ J. A. Brown*
_____
JERRY A. BROWN
BANKRUPTCY JUDGE