

A Professional Law Corporation

Writer's Email Address:
rjd@juneaudavid.com

November 8, 2021

Our File No. 9400-561

*Via Federal Express and electronic mail: kenny@dodsonhooks.com*
Mr. Kenneth H. Hooks, III
Dodson & Hooks, LLC
112 Founders Drive
Baton Rouge, LA 70810

    Re:    Roderick Sherrod v. Kristina's Transportation, LLC, et al.
            (Consolidated Action) Docket No: 651,661, Section D

Dear Kenny:

    In accordance with the settlement of the above-referenced matters, enclosed please find the following:

1. National Union Fire Insurance Company of Pittsburgh Check Number 35259659 in the amount of $1,000,000.00 made payable to Trust Account of Dodson & Hooks, APLC under Policy No. 000037053704; and

2. National Union Fire Insurance Company of Pittsburgh Check Number 35259662 in the amount of $2,000,000.00 made payable to Trust Account of Dodson & Hooks, APLC under Policy No. 000042866942.

If you have any questions, do not hesitate to give me a call.

                          Best regards,

                          ROBERT J. DAVID, JR.

RJDjr/asm

Enclosures

Cc:    Mr. James L. Pate (*JPate@neunerpate.com*)

Exhibit A

---

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

**NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH**

50-937/213

Claim No: 8311691341US  Policy No.: 000042866942
Reason for Payment  Release of All Claims

*********Two Million Dollars***

CHECK No.  35259662
RFP No.  00497565
DATE  11/04/2021

**AMOUNT PAID**

Void after 90 Days

*******$2,000,000.00

PAY TO THE ORDER OF  Trust Account of Dodson & Hooks, APLC

JPMORGAN CHASE BANK, N.A.
SYRACUSE, NY 13206

AUTHORIZED SIGNATURE

DO NOT CASH IF WATERMARK IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT - HOLD AT AN ANGLE TO VIEW

⑆35259662⑆ ⑈021309379⑈ 786420539⑈

---

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

**NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH**

50-937/213

Claim No: 2723912328US  Policy No.: 000037053704
Reason for Payment  Release of All Claims

*********One Million Dollars***

CHECK No.  35259659
RFP No.  00497564
DATE  11/04/2021

**AMOUNT PAID**

Void after 90 Days

*******$1,000,000.00

PAY TO THE ORDER OF  Trust Account of Dodson & Hooks, APLC

JPMORGAN CHASE BANK, N.A.
SYRACUSE, NY 13206

AUTHORIZED SIGNATURE

DO NOT CASH IF WATERMARK IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT - HOLD AT AN ANGLE TO VIEW

⑆35259659⑆ ⑈021309379⑈ 786420539⑈