## GLOBAL CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT

THIS GLOBAL CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT ("Agreement") is entered into by and between the following parties:

**CLAIMANTS:**

1. *Roderick Sherrod, on behalf of the minor AS v. Kristina's Transportation, LLC, Wallace, Rush, Schmidt, Inc., et al.*; Docket No. 651-661, Section D;

   All Plaintiffs: Princess Sherrod, on behalf of her minor daughter, "AS" and on behalf of the estate of Jermaine Starr

2. *Nicholas Saale and Rebekah Saale, et al. v. Kristina's Transportation, LLC, Wallace, Rush, Schmidt, Inc., et al.*; Docket No. 652-681, Section 27;

   All Plaintiffs: Nicholas Saale and Rebekah Saale, individually and on behalf of their minor child,

3. *Mirna Garay, Miriam Garay, Carmen Garay v. Denis Yasmir Amaya-Rodriguez, Kristina's Transportation, LLC, Wallace, Rush, Schmidt, Inc., National Liability & Fire Insurance Company and ABC Insurance Company*; Docket No. 654,298, Section O;

   All Plaintiffs: Mirna Garay, Miriam Garay, Carmen Garay, Ortencia Amaya, Orlando Moreira and Reina Lopez

4. *Emiliano Acosta, individually and on behalf of his minor           Sulma Almendarez-Rivas, Jenyfer Espinal Almendars, individually and on behalf of her minor daughter,                  v. Kristina's Transportation, LLC, Wallace, Rush, Schmidt, Inc., National Liability & Fire Insurance Company, ABC Insurance Company, Geraldine Garner, Imperial Fire and Casualty and/or National General Insurance Company*; Docket No. 652,346, Section D;

   All Plaintiffs: Emiliano Acosta, individually and on behalf of his minor son, , Sulma Almendarez-Rivas, Jenyfer Espinal Almendares, individually and on behalf o

5. *David Jones v. Kristina's Transportation, LLC, Wallace, Rush, Schmidt, Inc., et al.*; Docket No. 652,503, Section A;

   Plaintiff: David Jones

6. *Maria Matamoros, individually and on behalf of her minor child, Lesman Herrera v. Kristina's Transportation, LLC, Wallace, Rush, Schmidt, Inc., et al.*; Docket No. 653,062, Section D;

   All Plaintiffs: Maria Matamoros, individually and on behalf of her minor child,

7. *William Mack Beal, Jr. and Amy LeBlanc Beal, et al. v. Kristina's Tranportation, LLC, Wallace, Rush, Schmidt, Inc., et al.*; Docket No. 654,590, Section I;

   All Plaintiffs: William Mack Beal, Jr. and Amy Leblanc Beal, individually and on behalf of their minor children

8. *Vickie Fuentes, Darlin Garcia, Daisy Perez, Dinora Portillo v. Kristina's Transportation, LLC, Wallace, Rush, Schmidt, Inc., et al.*; Docket No. 655,062, Section 25;

   All Plaintiffs: Vickie Fuentes, Darlin Garcia, Daisy Perez, Dinora Portillo

9. *Daniella Maciel DeSouza, on behalf of the minor,         v. Kristina's Transportation, LLC, Wallace, Rush, Schmidt, Inc., et al.*; Docket No. 660,857, Section 27;

   All Plaintiffs: Daniella Maciel DeSouza, on behalf of her minor

10. *Marcus Tate and Christina Tate, individually and on behalf of his minor children,                      v. Kristina's Transportation, LLC, Wallace, Rush, Schmidt, Inc., National Liability & Fire Insurance Company, National Union Fire Insurance Company and Hallmark Specialty Insurance Company*; Docket No. 656,236, Section 27;

    All Plaintiffs: Christina Tate and Marcus Tate, individually and on behalf of his minor children,

11. *Jennifer Guidry Chauvin, individually and as independent administrator of the estate of her husband, Spencer Chauvin, and as natural tutrix               v. Kristina's Transportation, National Liability & Fire Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., Marcus Tate, Geraldine Garner, Edgar Emilio Rueda Betancourt, North American Cleaning Crew, LLC*; Docket No. 660,924, Section 25;

    All Plaintiffs: Jennifer Guidry Chauvin, individually and as administrator of the estate of Spencer Chauvin, and on behalf of her minor children,

12. *Eriberto Amparao-Cordero v.Kristina's Transportation, LLC, Wallace, Rush, Schmidt, Inc., Denis Yasmir Amaya-Rodriguez, National Liability & Fire Insurance Company, and ABC Insurance Company*; Docket No. 659,868, Section21;

    Plaintiff: Eriberto Amparao-Cordero

13. *Adriane Gaines, on behalf of.          v. Katrina's Transportation, LLC, National Liability & Fire Insurance Company, National General Insurance Company, Denis Yasmir Amaya-Rodriguez, and        te*; Docket No. 697,102, Section 22;

    All Plaintiffs: Adriane Gaines, as foreign tutrix for                and on behalf of the estate of Jermaine Starr

14. *Keyla Gonzalez, Mariela Bardales, Kenia Gonzalez, Glenny Berroa, Fatima Berroa v. Denis Yasmir Amaya-Rodriguez, Kristina's Transportation, LLC, Wallace, Rush, Schmidt, Inc., Edgar Doe, National Liability and Fire Insurance Company and XYZ Insurance Company*; Docket No. 697,384, Section 21;

    All Plaintiffs: Keyla Gonzalez, Mariela Bardales, Kenia Gonzalez, Glenny Berroa, Fatima Berroa

15.   *Latara Gaines, individually and on behalf of her minor child, behalf of the estate of Vontravis T. Kelly v. Kristina's Transportation, LLC, Wallace, Rush, Schmidt, Inc., National Liability & Fire Insurance Company, National General Insurance Company and XYZ Insurance Company*; Docket No. 696,894, Section 27;

   Plaintiff: Latara Gaines, individually and on behalf of her minor child, and on behalf of the estate of Vontravis T. Kelly

16.   *Rodney Kent and Hilda Gomez v. Denis Yasmir Amaya Rodriguez, Kristina's Transportation, LLC, Wallace, Rush, Schmidt, Inc., Louisiana ServPro, LLC, Edgar Doe, National Liability and Fire Insurance Company, Hallmark Specialty Insurance Company, National Union Fire Insurance Company of Pittsburg, Pa. and XYZ Insurance Company*; Docket No. 71127, Division A;

   All Plaintiffs: Rodney Kent and Hilda Gomez

17.   *Toni Ingram, on behalf of ................., on behalf of     v. Kristina's Transportation, LLC, National Liability & Fire Insurance Company, National General Insurance Company, Denis Yasmir Amaya-Rodriguez, and Marcus Tate*; Docket No. 697,244, Section 24;

   All Plaintiffs: Toni Ingram, on behalf of the estate of Vontravis Kelly, Jr.; and

18.   *Maria Estrada, Rosalia Bodden, Nicaurys Duran, Leonila Galindo, Juan Garcia, Mariano Guzman, Melvin Herrera, Maria Sanchez, Francisco Zuniga-Mauricio, Gloria Alvarez v. Javontris Lawson, Imperial Fire and Casualty Insurance Company, Denis Amaya-Rodriguez, Kristina's Transportation, LLC, National Liability & Fire Insurance Company, Imperial Fire and Casualty Insurance Company, ACCC Insurance Company, GoAuto Insurance Company and Imperial Fire and Casualty Insurance Company*; Docket No. 71137, Division A;

   All Plaintiffs: Maria Estrada, Rosalia Bodden, Nicaurys Duran, Leonila Galindo, Juan Garcia, Mariano Guzman, Melvin Herrera, Maria Sanchez, Francisco Zuniga-Mauricio, Gloria Alvarez

  Each of the above and foregoing plaintiffs are collectively referred to as "Claimants." Each of the above and foregoing lawsuits are collectively referred to as "Lawsuits."

## DEFENDANTS:

1.   "National Union" means:

  a. National Union Fire Insurance Company of Pittsburgh, Pa. and all of its associated, affiliated, or related companies, business entities, or corporations, including without limitation any present or former parent corporations, brother or sister corporations, subsidiary corporations, and unincorporated divisions.

  b. All present or former agents, representatives, officers, members, directors, shareholders, employers, employees, claims administrators, or executors of any of the companies or other entities named or described in Subparagraph (a);

  c. All insurers, reinsurers, underwriters, or indemnitors (primary or excess of any of the companies, persons, or other entities named or described in

Subparagraphs (a) or (b);

    d.    The persons and entities designated by the reference "National Union" as set forth above and herein shall expressly and specifically be deemed and considered third party beneficiaries to the rights, obligations, terms, and conditions of this Agreement, and the rights, obligations, terms, and conditions of this Agreement shall inure to the benefit of and shall be in favor of each and every person and entity designated under the reference "National Union," and this shall constitute a stipulation *pour autrui* without the necessity that said persons or entities execute this Agreement.

2.   "WRS" means:

    a.    Wallace Rush Schmidt, Inc. and all of its associated, affiliated, or related companies, business entities, or corporations, including without limitation any present or former parent corporations, brother or sister corporations, subsidiary corporations, and unincorporated divisions. It being expressly understood the Plaintiffs' reserve all rights, to the extent there is liability insurance coverage available to the associated or related WRS business entities bearing responsibility for the August 28, 2016 accident, which is expressly denied by WRS.

    b.    All present or former agents, representatives, officers, members, directors, shareholders, employers, employees, administrators, or executors of any of the companies or other entities named or described in Subparagraph (a);

    c.    Walls Resource Systems, David Wallace, Karen Wallace, Eddie Schmidt, Cynthia Beaupre Schmidt and Howard Rush;

    d.    The persons and entities designated by the reference "WRS" as set forth above and herein shall expressly and specifically be deemed and considered third party beneficiaries to the rights, obligations, terms, and conditions of this Agreement, and the rights, obligations, terms, and conditions of this Agreement shall inure to the benefit of and shall be in favor of each and every person and entity designated under the reference "WRS," and this shall constitute a stipulation *pour autrui* without the necessity that said persons or entities execute this Agreement.

## RECITALS

The above parties state as follows:

WHEREAS, the above-referenced Lawsuits were filed and arise out of a multi-vehicle accident which occurred on August 28, 2016 ("Incident"), which generally claim that the Plaintiffs and/or individuals represented by the Plaintiffs were injured and/or died as a result of injuries sustained;

WHEREAS, National Union and/or WRS have been made parties/defendants in certain of the above-referenced Lawsuits and have denied liability and responsibility for damages;

WHEREAS, Claimants certify that all Lawsuits have been consolidated into one action pending before the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana;

WHEREAS, every Claimant and his/her attorney(s): (a) voluntarily agreed to a binding settlement allocation process granting allocation decisional authority to a neutral, Arbitrator Vincent P. Fornias; (b) submitted to Arbitrator Fornias a proof of claim and all supporting documentation; (c) have been provided with his/her allocation percentage as awarded by Arbitrator Fornias; (d) fully and finally accepts his/her allocation percentage after consultation with counsel; and (e) warrants that he/she is satisfied with the allocation percentage;

WHEREAS, National Union issued a Staffing Services Industry Liability Program Policy, Policy No. NP037053704-01, with a policy period of May 4, 2016 to May 4, 2017 and National Union issued a Commercial Umbrella Liability Policy, Policy No. 29-UD-042866942, with a policy period of May 4, 2016 to May 1, 2017 (collectively "Policies");

WHEREAS, National Union has asserted coverage defenses in the Lawsuits where it is a defendant and has issued a reservation of rights to WRS, denying coverage; and

WHEREAS, without admitting any liability, insurance coverage, or responsibility whatsoever, the parties hereto have agreed to compromise and settle the claims against National Union and WRS in the Lawsuits, including any and all claims, rights, demands, causes of action, defenses, exceptions, and/or appeals arising out of and related to the Incident and/or the Lawsuits, on the following terms:

## AGREEMENT

1. **Effective Date.** The "Effective Date" of this Agreement shall be the date the last Claimant listed above executes this Agreement. All parties agree that this Agreement is conditioned upon all Lawsuits having been consolidated and all parties' acceptance of the terms of this Agreement through execution of it. If any Claimant refuses to execute this Agreement, then there is no settlement, and this Agreement will have no effect. It is understood and agreed that this is not a proposed class settlement, and each Claimant included in this settlement and their counsel must agree to the execution, final release, and dismissal of the referenced claims against National Union and WRS. Each Claimant and their counsel agree to take all steps necessary to achieve this outcome. In the event that the proposed settlement with each Claimant fails for any reason, National Union has the undeniable right to refuse to deposit the Settlement Amount into the registry of the court.

2. **Incorporation of Recitals.** The Recitals set forth above are incorporated herein by reference.

3. **Release of National Union by Claimants.** In consideration of the payment of the Settlement Amount, each Claimant declares that each does hereby release, acquit, covenant not to sue, covenant not to execute, and forever discharge National Union of and from any and all past, present and future claims, demands, causes of action and rights of action, whatsoever, known and unknown, anticipated and unanticipated, which has, may, or might have resulted and/or will result from the Incident or the Lawsuits under the Policies, including without limitation, any and all claims, rights of action and causes of action for past, present and future bodily and personal injuries, insurance coverage, claims under the Policies, violations of the Louisiana Insurance Code, bad faith, violation of any law, statute, or regulation, including unfair claims practices acts or other similar statutes, physical and mental pain and suffering, general damages, disability, disfigurement, loss of enjoyment of life, loss of wages, loss of income, loss of earning capacity, medical payments, medical expenses, surgical expenses, wrongful death, survival, property damage, loss of diminution in value, rental expenses, penalties, loss of consortium, loss of society, loss of love and affection, subrogation, indemnification, contribution, reimbursement, attorneys' fees, and any and all damages of whatsoever kind or character which may have been sustained and/or might in the future be sustained in any way resulting from or related to the Incident.

4. **Limited Release by Claimants of WRS.**

   a. In consideration of the deposit of the Settlement Amount, each Claimant declares that each does hereby release, acquit, covenant not to execute and forever discharge WRS, of and from any and all past, present and future claims, demands, causes of action and rights of action, whatsoever, known and unknown, anticipated and unanticipated, which has, may, or might have resulted and/or will result from the Incident, including without limitation, any and all claims, rights of action and causes of action for past, present and future bodily and personal injuries, physical and mental pain and suffering, general damages, disability, disfigurement, loss of enjoyment of life, loss of wages, loss of income, loss of earning capacity, medical payments, medical expenses,

Page -5-

surgical expenses, wrongful death, survival, property damage, loss of diminution in value, rental expenses, loss of consortium, loss of society, loss of love and affection, subrogation, indemnification, contribution, reimbursement, attorneys' fees, and any and all damages of whatsoever kind or character which may have been sustained and/or might in the future be sustained in any way resulting from or related to the aforesaid Incident.

b. **HOWEVER**, this release is subject to and limited only by each Claimant's right: (1) to pursue WRS to the extent it carries other valid and collectible insurance issued by insurers other than National Union and/or any insurer corporately affiliated with American International Group, Inc., (2) to pursue WRS to the extent it is an additional insured under Policy No. 73 APR 325304 issued by National Liability & Fire Insurance Company to Kristina's Transportation, LLC; and (3) to seek recovery for any amounts WRS has paid or will pay into the reserve fund approved by the Bankruptcy Court in *In Re: Wallace, Rush, Schmidt*, U.S. Bankruptcy Court, E.D. La., Case No. 17-10698.

**5.     Release of National Union by WRS.** In consideration of the deposit of the Settlement Amount, WRS hereby waives, releases, and discharges any and all actions, causes of action, claims, defenses, demands, lawsuits, proceedings, and rights of action, whatsoever, known and unknown, anticipated and unanticipated, that it has or could have alleged, made, or asserted against National Union, including, without limitation, any and all claims for violations of the Louisiana Insurance Code, bad faith, violation of any law, statute, or regulation, including unfair claims practices acts or other similar statutes, insurance coverage, defense, attorney's fees, subrogation, indemnification, contribution, reimbursement, and any and every other category of relief of any type allowed by or available under any applicable law concerning or arising out of the Incident and/or Lawsuits, and/or in connection with or in any manner relating to the Policies, and from any and all accidents, claims, causes of action, demands, interest, and rights which arise under the Policies and/or which could have been brought or asserted in the Lawsuits.

**6.     Settlement Amount.**

a.     Within thirty (30) days of the execution of this Agreement by all Claimants, National Union shall pay into the registry of the Nineteenth Judicial District Court, Parish of Baton Rouge, State of Louisiana, the sum THREE MILLION NO/100 ($3,000,000.00) DOLLARS ("Settlement Amount").

b.     Upon said deposit into the registry of the Court, Claimants and their counsel agree to be solely responsible for any and all arrangements for proper distribution of the amounts to each Claimant as per the settlement allocation protocol of Arbitrator Fornias. It is expressly agreed that National Union and WRS will have no involvement or responsibility for distribution of any sums or any fees or expenses associated therewith.

c.     Claimants each agree that the monies they receive will not be deposited into a 468-b Qualified Settlement Fund.

**7.     Motion(s) to Dismiss.** Within fourteen (14) days of deposit of the Settlement Amount, the parties agree to file a joint motion to dismiss National Union with prejudice from the Lawsuits. Additionally, within fourteen (14) days of deposit of the Settlement Amount, the parties agree to file a limited dismissal of WRS consistent with Section 4(b). Claimants agree to cooperate and to take whatever steps are necessary with the court to ensure dismissals are obtained.

**8.     Claimants' Reservation of Claims Against Other Parties.** The claims of Claimants against all other defendants that are not National Union or WRS are not released and are fully preserved under this Agreement. Claimants specifically reserve all rights to proceed against all other defendants who remain parties to the Lawsuits and all other tortfeasors, named and unnamed, including but not limited to any ServPro entity.

**9.     Ownership of Claims.** Claimants each certify that s/he is the proper party to assert the claims in the Lawsuits, and each has the authority to assert and settle the claims released herein.

Claimants represent and warrant that no other person or entity, other than their attorneys, has any interest in the claims released in this Agreement, and that they have not sold, assigned, alienated, or otherwise transferred by any means any part of or all of the claims released herein. Further, Claimants agree to indemnify, defend, and hold National Union and WRS harmless from any legal fees, costs, expenses, and/or judgment(s) which may be incurred as a result of any and all claims and/or causes of action which may be asserted against National Union in the event that any Claimant is not the proper party to assert the claims and/or any Claimant has sold, assigned, alienated, or otherwise transferred by any means any of the claims released herein. In addition, Claimants agree to indemnify, defend, and hold National Union and WRS harmless from any legal fees, costs, expenses, and/or judgments which may be incurred as a result of any and all claims for attorney fees including, but not limited to, claims for unpaid referral fees.

**10.**    **Contribution/Indemnity.** Claimants recognize that persons or entities against whom they have asserted a claim, filed a suit, and/or obtained a judgment or settlement may assert or allege that National Union and/or WRS are also liable for Claimants' damages and that such persons or entities may assert claims against National Union and/or WRS seeking tort indemnity and/or contribution. Claimants covenant and agree not to execute upon any judgment arising out of the Incident which they may obtain against any party to the extent that it would become the obligation of National Union and/or WRS to pay any judgment, or portion thereof, by way of contribution and/or tort indemnification. Claimants further agree to indemnify and hold harmless National Union and/or WRS from any and all claims, actions, and/or suits asserted by any person or entity against National Union and/or WRS for tort indemnity and/or contribution which arise out of and/or are in any way connected with the Incident and/or the Lawsuits. Nothing herein shall impair Claimants' rights under Section 4(b).

**11.**    **Claimant Responsibility for Liens.** Claimants specifically represent and warrant that (other than Medicare's interests) any liens, assignments, subrogation, encumbrances, garnishments, interventions, security interests, or other right of any person or entity to the Settlement Amount are each Claimant's sole and exclusive responsibility. In the event that any liens, assignments, subrogation, encumbrances, garnishments, interventions, security interests, or other right of any person or entity to the Settlement Amount exist, including, but not limited to, any such claims by any health care provider, any state or other governmental body (including, but not limited to, Medicaid) and/or any employer and/or worker's compensation insurer that would give such person or entity a claim to payment of all or a portion of the Settlement Amount, then Claimants specifically assume the obligation to pay or satisfy any such liens or claims. Claimants further agree to indemnify, defend, and hold harmless National Union and WRS from any and all legal fees, costs, expenses, and/or judgment(s) related to and/or arising out of any such claims, liens, assignments, subrogation, encumbrances, garnishments, interventions, security interests and/or other rights which may be asserted in the future by any person or entity against National Union and/or WRS.

**12.**    **Medicare Provisions.**

      a.    If not done previously, each Claimant will immediately upon execution of this Agreement supply National Union the identity of each Claimant that will be part of this proposed settlement and the Medicare/Medicaid information for each Claimant which National Union needs to comply with its Medicare/Medicaid reporting requirements. At the very least, this information must include:

            i.    Health Insurance Claim Number ("HICN" a/k/a Medicare Number);
            ii.    Last name;
            iii.    First name;
            iv.    Gender; and
            v.    Date of birth (MM/DD/YYYY format).

      b.    Each Claimant declares, expressly warrants, and represents that as of the date of execution of this Agreement, s/he is not currently a Medicare recipient and is neither Medicare eligible nor within thirty (30) months of becoming Medicare eligible; s/he is not 62 and ½ years of age or older; s/he is not suffering from end

stage renal failure; s/he has not applied for Social Security or Railroad Retirement Board disability; and s/he is not permanently and/or totally disabled. Each Claimant further declares, expressly warrants, and represents that no benefits have been received from Medicare and that Medicare therefore has no known lien/recovery right for conditional payments paid in connection with any benefits previously received by or on behalf of Claimants. Therefore, no Medicare interest in reimbursement of Medicare benefits is being considered. Nonetheless, each Claimant understands and acknowledges that, in the event there is a Medicare lien or in the event a Medicare Set-Aside is necessary, the said lien and/or Medicare Set-Aside will be solely the responsibility of and solely for the account of each Claimant. In furtherance thereof, and in the event the above information provided by each Claimant is false or in any way incorrect, the Claimant shall be solely liable and shall defend, indemnify, and hold National Union and WRS harmless for any and all actions, causes of action, penalties, claims, costs, services, compensation or the like resulting from these inaccuracies. Specifically, each Claimant agrees to fully defend, indemnify, and hold harmless National Union and WRS, their insurers, claims administrators, underwriters and counsel, from all past, present, and future rights, if any, of Centers for Medicare and Medicaid Services, including, but not limited to all penalties, liens, conditional payments, demands, and actions in law or equity arising out of the Medicare Secondary Payer Act (42 U.S.C.A. § 1395y, *et seq.*), including the failure to satisfy all Medicare liens or conditional payments. Each Claimant acknowledges that Medicare may require him/her to exhaust the entire settlement proceeds for treatment arising out of the Incident should s/he be a Medicare recipient or become Medicare eligible within thirty (30) months. Each Claimant waives any claims for damages, including a private cause of action provided in the Medicare Secondary Payer Act (42 U.S.C.A. § 1395y(b)(3)(A)), should Medicare deny coverage for any reason, including the failure to allocate an amount of this settlement for future Medicare covered medical expenses or to otherwise protect Medicare's interest.

13. **Advice of Counsel.** Claimants further acknowledge that before entering into this Agreement they received advise concerning their legal rights from attorneys of their own choice, and that having received such advice, they are executing this Agreement freely and voluntarily, not having been subjected to any influence or duress to accept such settlement by National Union, WRS, or anyone else.

14. **Nonadmission of Liability.** Claimants further declare that it is understood and agreed that this Agreement is a compromise of disputed claims and that neither this Agreement nor the payment of the Settlement Amount shall be construed as an admission of liability or coverage on the part of National Union and/or WRS. Except in an action between the parties to enforce the terms of this Agreement, no part of this Agreement may be used in any litigation or proceeding as precedent or evidence of the respective rights, duties, obligations or liabilities of any party. No promise, inducement, or agreement not expressed herein has been made to Claimants, and this Agreement contains the entire agreement between the parties.

15. **Confidentiality.** Claimants understand and agree that the settlement of these claims and the terms and provisions of this Agreement shall be confidential and shall not be revealed to any person or entity, except as required by law or court order, without the express written consent of Defendants. Claimants further agree and understand that in the event they fail to abide by the terms of this paragraph and/or by the terms of this Agreement, they may be subject to an action for breach of this Agreement. Notwithstanding the foregoing, any party to this Agreement may disclose this Agreement (1) to any employee who has a business need to know, attorney, claims administrator, accountant, auditor, retrocessionaire, lender, parent company, reinsurer, consultant who is likewise to be bound to confidentiality, or any member company with a business need to know; (2) in any proceeding to enforce the terms of this Agreement; (3) as may be mutually agreed to in writing by all of the parties to this Agreement; (4) in response to a valid subpoena, court order, discovery request, or other valid directive issued by a court or governmental entity; or (5) as may be required by any insurance auditors or as otherwise required by law. The consent required under this paragraph shall not be unreasonably withheld.

**16.** **No Other Claims.** Each Claimant individually represents and warrants that other than each Claimant's individual Lawsuit referenced above, there is no other pending claim, lawsuit, legal action, or demand made, brought, or could have been brought, by or on their behalf against National Union and/or WRS relating to the Incident. In the event that any such claim(s) or suit(s) have been filed, Claimants agree to immediately dismiss any such claim, lawsuit, or action with prejudice.

**17.** **Governing Law.** This Agreement shall be governed in all respects, including validity, interpretation, and effect, by the laws of the State of Louisiana (without giving effect to the provisions thereof relating to conflicts of law). Further, the parties stipulate and agree that the Longshore Harbor Workers Compensation Act, the Jones Act and general maritime law do not apply to Claimants' past, present, and/or potential future claims.

**18.** **Mutuality.** This Agreement was drafted jointly by counsel for Claimants and Defendants. The terms, conditions, and provisions of this Agreement shall be construed and interpreted according to their ordinary meanings, and there shall be no presumptions in favor of any party in the interpretation and construction of this Agreement.

**19.** **Severability.** If any term, covenant, restriction, or other provision of this Agreement or the application thereof to any person or circumstance is held by a court of competent jurisdiction or other authority to be invalid, void or unenforceable, such provision is intended to be ineffective only to the most limited extent possible and the remainder of the terms, covenants, restrictions, and provisions of this Agreement shall remain in full force and effect and shall in no way be affected, impaired, or invalidated.

**20.** **Binding Effect.** This Agreement shall be binding upon and inure to the benefit of Claimants' and/or their executors, administrators, personal representatives, heirs, successors, assigns, beneficiaries, and survivors.

## AMENDMENT TO THE
## GLOBAL CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT

ALL CLAIMANTS AND DEFENDANTS, as named and identified in the GLOBAL CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT (the "Agreement"), through their undersigned counsel, do hereby amend Paragraph 6 captioned "Settlement Amount" so as to permit the Settlement Amount, described and defined therein, to be deposited directly into the trust account of Dodson & Hooks, APLC, Account No.100474980 held at Gulf Coast Bank and Trust, instead of it being deposited into the registry of the Nineteenth Judicial District Court, as originally set forth in the Agreement.

Claimants and their counsel represent and warrant that Dodson & Hooks, LLC has been expressly authorized to receive the Settlement Amount in its trust account and agree to hold National Union Fire Insurance Company of Pittsburgh, Pa. and Wallace Rush Schmidt, Inc. harmless from any consequences of this Amendment. Further, Claimants and their counsel represent and warrant that Dodson & Hooks, LLC is authorized to execute this Amendment on behalf of all Claimants' counsel.

All other terms and conditions of the Agreement to remain as stated in the Agreement.

National Union Fire Insurance Company of Pittsburgh, Pa.

Duly Authorized Representative of
National Union Fire Insurance Company of
Pittsburgh, Pa.

Wallace Rush Schmidt, Inc.

Duly Authorized Representative of
Wallace Rush Schmidt, Inc.

DODSON & HOOKS, LLC

Kenneth H. Hooks, III (#25097)
H. Price Mounger, III (#19077)
112 Founders Drive
Baton Rouge, LA 70810
Telephone: (225) 756-0222
Facsimile: (225) 756-0025
Email: Kenny@dodsonhooks.com
Email: Price@dodsonhooks.com

AND

AGREED:

Duly Authorized Representative of
National Union Fire Insurance Company of
Pittsburgh, Pa.

Duly Authorized Representative of
Wallace Rush Schmidt, Inc.

Claimant _____ IS, _____ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number): _____:

First Name: _____        Last Name: _____

Gender: _____        Date of Birth (MM/DD/YYYY) Format: _____

      **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this 16th day of August, 2021.

**WITNESSES**

_____

Printed Name    JOHN SOUMIOT

Kiley Valentine

Kelcey Valentine
_____
Printed Name

ROBIN DEFLANDERS, on behalf of


Sworn to and subscribed before me the undersigned

notary this 16th day of August, 2021.

_____
NOTARY PUBLIC SIGNATURE

Nicole Necaise

PRINTED NAME: _____
COMMISSION EXPIRES: _____
BAR NO. _____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 121286
NICOLE L. NECAISE
Commission Expires
Aug. 20, 2021
HARRISON COUNTY

-10-

AGREED:



Duly Authorized Representative of
National Union Fire Insurance Company of
Pittsburgh, Pa.

Duly Authorized Representative of
Wallace Rush Schmidt, Inc.

Claimant ____ IS, ✕ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

 

      **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

      Signed this 12th day of January , 2021.

**WITNESSES**

_Laura Venegas_

_Laura Venegas_
Printed Name

_Mari Cou_

_Maribel Garcia_
Printed Name

_Jenyfer Espinal_
**JENYFER ESPINAL ALMENDARES,**
**individually and on behalf of her minor**
**daughter,**

 

Sworn to and subscribed before me the undersigned

notary this 12th day of January 2021.

_____
**NOTARY PUBLIC SIGNATURE**

PRINTED NAME: LEE EDWARD MORENO
COMMISSION EXPIRES:
BAR NO.:

-10-

Claimant ____ IS, _No_ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number): _N/A_ :

First Name: _LaTara (mother)_     Last Name: _Gaines_

Gender: _Female_     Date of Birth (MM/DD/YYYY) Format: _1/28/88_

_minor child_     _(male)_

      **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

      Signed this _29th_ day of _September_, 2021.

**WITNESSES**

_Kenneth Watson_
Kenneth Watson
Printed Name

_Kirk White_
Kirk White
Printed Name

_LaTara_
**LATARA GAINES, individually and**
**on behalf of her minor child,**
      **and on behalf of the estate of**
**VONTRAVIS T. KELLY**

Sworn to and subscribed before me the undersigned

    notary this _29th_ day of _September_, 2021.

_[signature]_
**NOTARY PUBLIC SIGNATURE**

_RANDAL L. GAINES_
PRINTED NAME: _RANDAL GAINES_
COMMISSION EXPIRES: _N/A_
BAR NO. _17576_

-1-

## IN THE CHANCERY COURT OF JACKSON COUNTY, MISSISSIPPI

**IN THE MATTER OF THE
GUARDIANSHIP OF** a minor

**FILED**

JUN 15 2022 CAUSE NO. 2017-1017-DNH

**ADRIANE GAINES, Guardian of A.S.**

JOSH ELDRIDGE, CLERK

By_____ **PETITIONER**

### ORDER APPROVING MINOR'S SETTLEMENT

THIS CAUSE, having come on for hearing on Petitioner's Petition to Approve

Minor's Settlement in the above-styled and numbered cause and the Court, being

completely and fully advised in the premises, and upon the recommendation of

Adriane Gaines, maternal grandmother and duly appointed guardian of her minor

granddaughter                does hereby:

ORDER, ADJUDGE AND DECREE that the proposed settlement amount of

253,413.50 is adequate to fully compensate the minor, A.R., for the damages she has

suffered as a result of the wrongful death of her father, Jermaine Starr, who was killed

in the subject accident on August 28, 2016, on I-10 near LaPlace. Hence, Petitioner's

Petition Approving Minor's Settlement is hereby **GRANTED**. It is, further,

ORDERED, ADJUDGED AND DECREED that proceeds from said settlement

shall be disbursed as detailed in the Settlement Statement.

The remainder to Adriane Gaines, as guardian and natural grandmother for the

use and benefit of A.M., a minor, the sum of $127,637.77 which represents her pro

rata share of the settlement after expenses and attorneys' fees. Said money shall be

deposited in an interest bearing account in a federally insured banking facility until

A.S. attains the age of majority, or until further order of this Court.

ORDERED, ADJUDGED AND DECREED that Adriane Gaines as Guardian of the minor,          is authorized to execute any and all documents, settlement statements, and Orders of Dismissal which are necessary to consummate the settlement.

SO ORDERED, ADJUDGED AND DECREED this _15_ day of _June_, 2021.

_____
CHANCELLOR

Prepared by:

JIM REEVES (MSB #9519)
Reeves & Mestayer, PLLC
P. O. Drawer 1388
Biloxi, MS 39533
Email: jrr@rmlawcall.com
Tel: 228/374-5151
Fax: 228/374-6630
*Counsel for Petitioner*

Attested
To be a true copy of original _Order_
Filed _June 15_ 20 _21_
Josh Eldridge, Chancery Clerk
Jackson County, Mississippi
By _____ D.C.

**FILED**

JUL 19 2021

JOSH ELDRIDGE, CLERK
By _____

**IN THE CHANCERY COURT OF JACKSON COUNTY, MISSISSIPPI**

**IN THE MATTER OF THE GUARDIANSHIP**
**OF                    A MINOR**

CAUSE NO: _2021- 1342- n 14_

**ROBIN DEFLANDERS**                                    **PETITIONER**

## ORDER APPROVING MINORS' SETTLEMENT

THIS CAUSE, having come on for hearing on Petitioner's Petition to Approve Minor's Settlement in the above-styled and numbered cause and the Court, being completely and fully advised in the premises, and upon the recommendation of Robin Deflanders, natural mother and duly appointed guardian of her minor daughter,                    does hereby:

ORDER, ADJUDGE AND DECREE that the proposed settlement amount of $108,600.69 for /                    is adequate to fully compensate the minor for the damages she suffered as a result of the wrongful death of her father, Vontravis Kelly, Sr., who was killed in the subject accident on August 28, 2016 on I-10 near LaPlace. Hence, Petitioner's Petition Approving Minor's Settlement is hereby **GRANTED**. It is, further,

ORDERED, ADJUDGED AND DECREED that proceeds from said settlement shall be disbursed as detailed in the Settlement Statement.

The remainder to Robin Deflanders, as guardian and natural mother, for the use and benefit of the minor in the amount of $54,762.30, which represents her pro rata share of the settlement after expenses and attorneys' fees. Said money shall be deposited in an interest-bearing account in a federally insured banking facility until the minor attains the age of majority, or until further order of this Court.

ORDERED, ADJUDGED AND DECREED that Robin Deflanders as Guardian of the

minor                    is authorized to execute any and all documents, settlement

statements, and Orders of Dismissal which are necessary to consummate the settlement.

SO ORDERED, ADJUDGED AND DECREED this _____/9___ day of

_Vuly_____, 2021.

_____
CHANCELLOR

Prepared by:

JIM REEVES (MSB #9519)
Reeves & Mestayer, PLLC
P. O. Drawer 1388
Biloxi, MS 39533
Email: jrr@rmlawcall.com
Tel: 228/374-5151
Fax: 228/374-6630
*Counsel for Petitioner*

FILED

JUN 15 2021

JOSH ELDRIDGE, CLE

By_____

**IN THE CHANCERY COURT OF JACKSON COUNTY, MISSISSIPPI**

**IN THE MATTER OF THE GUARDIANSHIP OF**

CAUSE NO: 2016-1785 MAM

**TONI ALEXIS INGRAM**                                                          **GUARDIAN**

### ORDER APPROVING MINORS' SETTLEMENT

THIS CAUSE, having come on for hearing on Petitioner's Petition to Approve Minors' Settlement in the above-styled and numbered cause and the Court, being completely and fully advised in the premises, and upon the recommendation of Toni Alexis Ingram, natural mother and duly appointed guardian of her minor sons

does hereby:

ORDER, ADJUDGE AND DECREE that the proposed settlement amounts of $102,883.68 for                    and $122,725.09 fo              is adequate to fully compensate the minors, for the damages they have suffered as a result of the wrongful death of their father, Vontravis Kelly, Sr., who was killed in the subject accident on August 28, 2016 on I-10 near LaPlace. Hence, Petitioner's Petition Approving Minors' Settlement is hereby **GRANTED**. It is, further,

ORDERED, ADJUDGED AND DECREED that proceeds from said settlement shall be disbursed as detailed in the Settlement Statement.

The remainder to Toni Alexis Ingram, as guardian and natural mother for the use and benefit of the minors in the amount of $53,350.04 fo which represents her pro rata share of the settlement after expenses and attorneys' fees. Said money shall be deposited in an interest-bearing account in a federally insured banking facility until the minors attain the age of majority, or until further order of this Court.

1

ORDERED, ADJUDGED AND DECREED that Toni Alexis Ingram as Guardian of the minors _____ is authorized to execute any and all documents, settlement statements, and Orders of Dismissal which are necessary to consummate the settlement.

SO ORDERED, ADJUDGED AND DECREED this _15_ day of _____, 2021.

_____
CHANCELLOR

Prepared by:

JIM REEVES (MSB #9519)
Reeves & Mestayer, PLLC
P. O. Drawer 1388
Biloxi, MS 39533
Email: jrr@rmlawcall.com
Tel: 228/374-5151
Fax: 228/374-6630
*Counsel for Petitioner*

Attested
To be a true copy of original _Order_
Filed _June 15_ 20_21_
Josh Eldridge, Chancery Clerk
Jackson County, Mississippi
By _____ D.C.

2

| | | |
|---|---|---|
| **LATARA GAINES on behalf of** | * | **SUIT NO. 696894, DIV. "J" SEC "27"** |
| | * | **19TH JUDICIAL DISTRICT COURT** |
| | * | **PARISH OF EAST BATON ROUGE** |
| **VERSUS** | * | **STATE OF LOUISIANA** |

**KRISTINA'S TRANSPORTATION, LLC,**
**NATIONAL LIABILITY & FIRE INSURANCE**
**COMPANY, NATIONAL GENERAL INSURANCE**
**COMPANY, DENIS YASMIR, AMAYA-RODRIGUEZ,**
**AND MARCUS TATE**

---

## *O R D E R*

Considering the above and foregoing *Motion to Place the Petition of Natural Tutor for Authority to Compromise a Pending Action Under Seal*;

IT IS ORDERED, ADJUDGED AND DECREED that the Petition of Natural Tutor

for Authority to Compromise a Pending Action filed by LATARA GAINES on behalf of

minor child                as the natural and legal tutor of her minor son                be

hereby placed under seal.

**2021**

Signed in chambers in Baton Rouge, Louisiana, this **13** day of **September**,

2021.

```
                    _____
        JUDGE, 19ᵀᴴ JUDICIAL DISTRICT COURT
              PARISH OF EAST BATON ROUGE
           HONORABLE RONALD R. JOHNSON
```

Claimant _____IS, _____IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

**IN WITNESS WHEREOF,** the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this _____ day of _____, 2021.

**WITNESSES**

_____
Printed Name

_____

_____
Hailey Sheline
Printed Name

_____
**ADRIAN GAINES, as foreign tutrix for**

Sworn to and subscribed before me the undersigned

notary this _____ day of _____, 2021.

_____
NOTARY PUBLIC SIGNATURE

PRINTED NAME:_____
COMMISSION EXPIRES:_____
BAR NO. _____

ID # 121286
**NICOLE L. NECAISE**
Commission Expires
Aug. 30, 2025

-10-

Claimant _____IS, _____IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

      **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

      Signed this _____ day of _____, 2021.

**WITNESSES**

_____     _____
                                                        TONI INGRAM, on behalf of
JOHN SCHMIDT
Printed Name

_____
KATHRYN H. SWIFT
Printed Name


Sworn to and subscribed before me the undersigned

notary this _____ day of _____, 2021.

_____
NOTARY PUBLIC SIGNATURE

PRINTED NAME: _____
COMMISSION EXPIRES: _____
BAR NO. _____

-10-

Claimant ____IS, _____IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____        Last Name: _____

Gender:_____        Date of Birth (MM/DD/YYYY) Format: _____

      **IN WITNESS WHEREOF,** the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this ____ day of _____, 2021.

**WITNESSES**

_____

_____
Printed Name

*John Sammiot*

_____

_____
Printed Name

*Kelcey Valentine*

_____
ROBIN DEFLANDERS, on behalf of

Sworn to and subscribed before me the undersigned

notary this ____ day of _____, 2021.

_____
NOTARY PUBLIC SIGNATURE

PRINTED NAME: _____
COMMISSION EXPIRES: _____
BAR NO. _____

*STATE OF MISSISSIPPI*
*NOTARY PUBLIC*
*ID # 121286*
*NICOLE L. NECAISE*
*Commission Expires*
*Aug. 20, 2021*
*HARRISON COUNTY*

-10-

Claimant _____ IS, _____ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number): _____ :

First Name: _____     Last Name: _____

Gender: _____     Date of Birth (MM/DD/YYYY) Format: _____

     **IN WITNESS WHEREOF,** the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

    Signed this _13_ day of _July_ , 2021.

**WITNESSES**

_____

                                        **MARCUS TATE, individually and on behalf of his minor children,**

_____
Printed Name

_____

_____
Printed Name

Sworn to and subscribed before me the undersigned notary this 13 day of _July_ , 2021.

> **OFFICIAL STAMP**
> **MARK HALE-BROWN**
> NOTARY PUBLIC-OREGON
> COMMISSION NO. 978600
> MY COMMISSION EXPIRES SEPTEMBER 13, 2022

_____
NOTARY PUBLIC SIGNATURE

MARK HALE-BROWN
PRINTED NAME: _____
COMMISSION EXPIRES: 09-13-2022
BAR NO. _____

-10-

Claimant _____IS, _____IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender: _____     Date of Birth (MM/DD/YYYY) Format: _____

     **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this ___ day of _____, 2021.

**WITNESSES**

_Sanja Simmons_

_Sanja Simmons_
Printed Name

_Dandya Bdylwester_

_Kandia R. Sylvester_
Printed Name

_Christina Garner-Tate_
**CHRISTINA TATE, individually and on behalf of her minor children.**

Sworn to and subscribed before me the undersigned

notary this _16_ day of _June_, 2021.

_____
**NOTARY PUBLIC SIGNATURE**

_Pride Doron_
PRINTED NAME: _____
COMMISSION EXPIRES: _At Death_
BAR NO. _25035_

-10-

Claimant _____ IS, _____ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____ :

First Name: _Rodney_____ Last Name: _Kent_____

Gender: _Male_____ Date of Birth (MM/DD/YYYY) Format: _9/29/84_

     **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

     Signed this _13th_ day of _October_____, 2021.

**WITNESSES**

_Noell LaRose_____      _Rodney K_____

_Noelle LaRosa_____      **RODNEY KENT**
Printed Name

_____

_Tana Jordan_____
Printed Name

Sworn to and subscribed before me the undersigned

    notary this _1st_ day of _Oct__, 2021.

_____
    **NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _John DiSilva_____
COMMISSION EXPIRES: _at death_
BAR NO. _17797_

-10-

Claimant ____ IS, ✗ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____    Last Name: _____

Gender:_____    Date of Birth (MM/DD/YYYY) Format: _____

      **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

      Signed this ___ day of _January_, 2021.

**WITNESSES**

_____    _____
                             **SULMA ALMENDAREZ-RIVAS**
Printed Name

_____

Maribel Garcia
Printed Name

Sworn to and subscribed before me the undersigned

      notary this ___ day of _January_, 2021.

                              _____
                         NOTARY PUBLIC SIGNATURE

PRINTED NAME: _____
COMMISSION EXPIRES: _____
BAR NO. _____

-10-

Claimant ____IS, __✓__IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

          **IN WITNESS WHEREOF,** the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

          Signed this _20_ day of _January_, 2021.

WITNESSES

_____

JoAnne Virgil
Printed Name

_____

Solo R. Cortez
Printed Name

          **NICHOLAS SAALE, individually and on behalf of his minor child,**

Sworn to and subscribed before me the undersigned

          notary this _21_ day of _January_, 2021.

          **NOTARY PUBLIC SIGNATURE**

          PRINTED NAME: _____
          COMMISSION EXPIRES: _l. ↑_
          BAR NO. _____

          Chris C. Sziber #50923

-10-

Claimant _____ IS, ___✓___ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

     **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

     Signed this _20_ day of _January_____, 2021.

**WITNESSES**

_____     _REBEKAH SAALE_

_Solo R. Cotos_
Printed Name                                              **REBEKAH SAALE, individually and**

_Joanne Viva_
_JoAnne Viva_
Printed Name

Sworn to and subscribed before me the undersigned

notary this _20_ day of _January_, 2021.

_Chris C. Sziber_
**NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _____
COMMISSION EXPIRES: _Life_____
BAR NO. _____

Chris C. Sziber #50923

-10-

Claimant _____ IS, __X__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

     **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

     Signed this 12th day of January, 2021.

**WITNESSES**

_____

Laura Venegas

_____

Maribel Garcia
Printed Name

     _____
     **EMILIANO ACOSTA, individually**
     **and**

Sworn to and subscribed before me the undersigned

notary this 12th day of January, 2021.

     _____
     **NOTARY PUBLIC SIGNATURE**

PRINTED NAME: LEE MORENO_____
COMMISSION EXPIRES:_____
BAR NO.:_____

-10-

Claimant _____IS, ✓ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

**IN WITNESS WHEREOF,** the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this _8_ day of _January_, 2021.

**WITNESSES**

_Cindy Waldron_

_Cindy Waldron_
Printed Name

_Craig Gros_

_Craig Gros_
Printed Name

_Jennifer Guidry Chauvin_
**JENNIFER GUIDRY CHAUVIN,**
**individually and as administrator of**
**the estate of SPENCER CHAUVIN,**
**and on behalf of her minor children,**

Sworn to and subscribed before me the undersigned

notary this _8_ day of _January_, 2021.

_____
NOTARY PUBLIC SIGNATURE

_BARRY LAVAN_
PRINTED NAME: _____
COMMISSION EXPIRES: _____
BAR NO. _7971_

Claimant _____IS, _____IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

     **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

     Signed this _11_ day of _January_, 2021.

WITNESSES

_____     _Maria Matamoros Hernandez_
**VIRGINIA CABRERA**                              **MARIA MATAMOROS, individually**
Printed Name                                      **and on behalf of her minor child,**

_Michael A McNab_
_Michael A. M^cNab_
Printed Name

Sworn to and subscribed before me the undersigned

notary this _11_ day of _January_, 2021.

_____
     NOTARY PUBLIC SIGNATURE

PRINTED NAME: _____
COMMISSION EXPIRES: _____
BAR NO.

ANTHONY M. BOACKLE
Notary Public
State of Louisiana
NOTARY ID NO. 81006
St. Bernard Parish

ANTHONY M. BOACKLE
Notary Public
State of Louisi...
NOTARY ID NO
St. Bernard



OBSERVACIONES
OBSERVATIONS

Artículo número 100.

Reglamento de la Ley de Migración y Extranjería.

NO RENOVACIÓN DEL PASAPORTE: Una vez terminada la vigencia del pasaporte corriente, no podrá renovarse el mismo, sino que deberá obtener uno nuevo



**REPÚBLICA DE HONDURAS**

PASAPORTE
*PASSPORT*

Tipo / *Type*  P
Cód. emisor / *Issuing State*  HND

Apellido / *Surname*
MATAMOROS HERNANDEZ

Nombres / *Given name*
MARIA MARITZA

Fecha de nacimiento / *Date of Birth*
05 MAYO/MAY 1982

Fecha de emisión / *Date of Issue*
07 JUN/JUN 2018

Fecha de vencimiento / *Date of Expiry*
07 JUN/JUN 2028

Nacionalidad / *Nationality*
HONDUREÑA

Cédula de identidad / *I.D. No.*
1503-1982-00875

Sexo / *Sex*
F

Lugar de Nacimiento / *Place of Birth*
HONDURAS

Autoridad emisora / *Authority of Issue*
INSTITUTO NACIONAL DE MIGRACION

P<HNDMATAMOROS<HERNANDEZ<<MARIA<MARITZA<<<<<
<<2HND8205052F2806077150319820875<36

Claimant _____ IS, ✓ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

**IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this _8_ day of ___January___, 2021.

**WITNESSES**

_____          _____
Jeanne M. Sewell                                                     **FATIMA BERROA**
Printed Name

_____
Gabriela Pedroan
Printed Name

Sworn to and subscribed before me the undersigned

notary this _8_ day of ___January___, 2021.

_____
**NOTARY PUBLIC SIGNATURE**

Donald A. Mau
PRINTED NAME: _Donald A. Mau_
COMMISSION EXPIRES: _is for life_
BAR NO. _33965_

**Donald A. Mau**
**Notary Public**
**ID No.: 134833/Bar No.: 33965**
**State of Louisiana**
**My Commission is for Life**

Claimant ____IS, ✓ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____    Last Name: _____

Gender:_____    Date of Birth (MM/DD/YYYY) Format: _____

**IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this _8_ day of ___January___, 2021.

**WITNESSES**

_____    X _Glenny Berroa_____
_Dianne M. Sewell_____          **GLENNY BERROA**
Printed Name

_____
_Gabriela Pataan_____
Printed Name


Sworn to and subscribed before me the undersigned

notary this _8_day of _January_, 2021.

_____
**NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _Donald A. Mau_____
COMMISSION ~~EXPIRES:~~ _is for life_____
BAR NO. _33965_____

        **Donald A. Mau**
        **Notary Public**
**ID No.: 134833/Bar No.: 33965**
      **State of Louisiana**
 **My Commission is for Life**

-10-

Claimant ____ IS, __✓__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _David_ Last Name: _Jones_

Gender: _Male_ Date of Birth (MM/DD/YYYY) Format: _4-16 '88_

   **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

   Signed this _20_ day of _January_, 2021.

**WITNESSES**

_Lynnell Armstrong_ _David Jones_
                                        DAVID JONES
_Lynnell Armstrong_
Printed Name

_Jacki Parden_

_Jacki Parden_
Printed Name


Sworn to and subscribed before me the undersigned

   notary this _20_ day of _January_ 2021.

_Freda L Morris_
      NOTARY PUBLIC SIGNATURE

PRINTED NAME: _Freda L Morris_
COMMISSION EXPIRES: _2-2-2023_
BAR NO. _____

-10-



## REPÚBLICA DE HONDURAS

**PASAPORTE**
*PASSPORT*

Tipo / *Type*    País emisor / *Issuing State*    Pasaporte No. / *Passport No.*
**P**    **HND**

Apellidos / *Surname*
**GALINDO RODRIGUEZ**    Nacionalidad / *Nationality*
   **HONDUREÑA**

Nombres / *Given names*
**LEONILA**

Fecha de nacimiento / *Date of Birth*    Cédula de Identidad / *I.D. No.*    Sexo / *Sex*
**14 ABR/APR 1975**    **F**

Fecha de emisión / *Date of Issue*    ....... de nacimiento / *Place of Birth*
**09 MAYO/MAY 2013**    **HONDURAS**

Fecha de vencimiento / *Date of Expiry*    Autoridad emisora / *Authority of Issue*
**09 MAYO/MAY 2023**    **DIRECCION GENERAL DE MIGRACION**

P<HNDGALINDO<RODRIGUEZ<<LEONILA<<<<<<<<<<<<
5<<5HND7504149F2305097080619750014I<68

Observaciones / Observations

Artículo número uno.
Reglamento de la Ley de Migración y Extranjería.
NO RENOVACION DEL PASAPORTE: Una vez terminada la vigencia del pasaporte corriente, no podrá renovarse y el interesado deberá obtener uno nuevo

Claimant _____ IS, _✗_ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

**IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this _16_ day of _January_____, 2021.

**WITNESSES**

_____          _Leonila Galindo_____
_Paola Hernandez_____          **LEONILA GALINDO**
Printed Name

_____

_Roxanne Portillo_____
Printed Name

Sworn to and subscribed before me the undersigned

notary this _16th_ day of _January___, 2021.

_____
**NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _Ryan A Creel_____
COMMISSION EXPIRES: _at death__
BAR NO. ____32842_____

-10-



### REPÚBLICA DE HONDURAS

**PASAPORTE**
*PASSPORT*

Tipo / *Type*: P
País emisor / *Issuing State*: HND
Pasaporte No. / *Passport No.*

Apellidos / *Surname*
AMAYA POSADAS

Nombres / *Given name*
ORTENCIA MARINA

Nacionalidad / *Nationality*

Fecha de nacimiento / *Date of Birth*
19 AGO/AUG 1962

Cédula de identidad / *I.D. No.*
0203-1980-00007

Sexo / *Sex*
F

Fecha de emisión / *Date of Issue*
05 AGO/AUG 2016

Lugar de Nacimiento / *Place of Birth*
HONDURAS

Fecha de vencimiento / *Date of Expiry*
05 AGO/AUG 2026

Autoridad emisora / *Authority of Issue*
INSTITUTO NACIONAL DE MIGRACION

```
P<HNDAMAYA<POSADAS<<ORTENCIA<MARINA<<<<<<<<<
<6HND6208196F2608053020319800007<42
```

Claimant _____ IS, __x__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number): _____:

First Name: _____ Last Name: _____

Gender: _____ Date of Birth (MM/DD/YYYY) Format: _____

     **IN WITNESS WHEREOF,** the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

     Signed this 10 day of February , 2021.

WITNESSES

_____      _____
Daniel Marquez                              **ORTENCIA AMAYA**
Printed Name

_____
Roxana Portillo
Printed Name

Sworn to and subscribed before me the undersigned

     notary this 10 day of Feb , 2021.

_____
NOTARY PUBLIC SIGNATURE

PRINTED NAME: Juesa McLin
COMMISSION EXPIRES: at death
BAR NO. 90753

-10-

Claimant ____IS, __×__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____ :

First Name: _____        Last Name: _____

Gender:_____        Date of Birth (MM/DD/YYYY) Format: _____

     **IN WITNESS WHEREOF,** the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

     Signed this _10_ day of _February_ , 2021.

**WITNESSES**

_____

Daniel Marquez
Printed Name

_____

Roxana Portillo
Printed Name

_____
                **REINA LOPEZ**


Sworn to and subscribed before me the undersigned

     notary this _10th_ day of _February_ , 2021.

_____
    **NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _Ryan A Creel_
COMMISSION EXPIRES: _at death_
BAR NO. _32842_



OBSERVACIONES
OBSERVATIONS

Artículo número 100.

Reglamento de la Ley de Migración y Extranjería.

NO RENOVACION DEL PASAPORTE: Una vez terminada la vigencia del pasaporte corriente, no podrá renovarse el mismo, el interesado deberá obtener uno nuevo

## REPÚBLICA DE HONDURAS

| | | |
|---|---|---|
| Tipo / Type | País emisor / Issuing State | Pasaporte No. / Passport No. |
| P | HND | |

| Apellidos / Surname | Nacionalidad / Nationality |
|---|---|
| LOPEZ SABILLON | HONDUREÑA |

| Nombres / Given name |
|---|
| REINA ISABEL |

| Fecha de nacimiento / Date of Birth | Cédula de identidad / I.D. No. | Sexo / Sex |
|---|---|---|
| 27 MAR/MAR 1973 | 0501-1973-03031 | F |

| Fecha de emisión / Date of Issue | Lugar de Nacimiento / Place of Birth |
|---|---|
| 07 OCT/OCT 2019 | HONDURAS |

| Fecha de vencimiento / Date of Expiry | Autoridad emisora / Authority of Issue |
|---|---|
| 07 OCT/OCT 2029 | INSTITUTO NACIONAL DE MIGRACION |

PASAPORTE
*PASSPORT*

```
P<HNDLOPEZ<SABILLON<<REINA<ISABEL<<<<<<<<<<<
<3HND7303272F2910079050119730303 1<38
```

Claimant _____ IS, _X_ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _Gloria_____ Last Name: _Alvarez_____

Gender: _Female_____ Date of Birth (MM/DD/YYYY) Format: _02/21/1987_

       **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

       Signed this _23_ day of ___January___, 2021.

**WITNESSES**

_Edmundo Mundo_____

_Edmundo Mundo_____
Printed Name

_Brenda Ramos_____

_Brenda Ramos_____
Printed Name

                                           **GLORIA ALVAREZ**

Sworn to and subscribed before me the undersigned

    notary this 23 day of __January__2021.

CESAR ERNESTO PIMENTEL
Notary Public, State of Texas
Comm. Expires 10-03-2024
Notary ID 129149697

               _Cesar Pimentel_____
               **NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _Cesar Pimentel_____
COMMISSION EXPIRES: _10-03-2024_
BAR NO. _____

-10-



# Healthy Louisiana

 LOUISIANA
**DEPARTMENT OF HEALTH**
Medicaid



ISSUED: 20190212   CCN:

BIN: 610551      RxBIN: 610514      RxPCN: LOUIPROD

FRANCISCO

---



AmeriHealth Caritas
Louisiana                                          000174

FRANC
91465587

Sex: M                            Primary care provider (PCP)
DOB: 03/06/90                      FRANCIS, RYAN C. FNP
Effective: 02/01/19               IBERIA COMPREHENSIVE COMMUNI
                                  806 JEFFERSON TER
                                  NEW IBERIA LA 70560
Plan code 355/855
                                  PCP phone number

                                  RxBIN: 019595
                                  RxPCN: 06030000

                                  PERFORMRx

Claimant _____IS, _____IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____       Last Name: _____

Gender:_____       Date of Birth (MM/DD/YYYY) Format: _____

     **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

     Signed this 4 day of February_____, 2021.

**WITNESSES**

_____          _____
Daniel Marquez                                  **FRANCISCO ZUNIGA-MAURICIO**
Printed Name

_____

Roxana Portillo
Printed Name


Sworn to and subscribed before me the undersigned

     notary this 4 day of February, 2021.

_____
     **NOTARY PUBLIC SIGNATURE**

_____
**PRINTED NAME:** Ron Orihuela
**COMMISSION EXPIRES:** at death
**BAR NO.** _____

-10-

Claimant _____ IS, __✓__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number): _____ :

First Name: _David_ Last Name: _Jones_

Gender: _Male_ Date of Birth (MM/DD/YYYY) Format: _4-16-88_

**IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this _20_ day of _January_ , 2021.

**WITNESSES**

_____          _____
                                                                        **DAVID JONES**
_Lynnell Armstrong_
Printed Name

_____
_Jacki Parden_
Printed Name

Sworn to and subscribed before me the undersigned

notary this _20_ day of _January_ 2021.

_____
**NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _Freda L Morris_
COMMISSION EXPIRES: _2-2-2023_
BAR NO. _____

Claimant _____ IS, __X__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____    Last Name: _____

Gender:_____    Date of Birth (MM/DD/YYYY) Format: _____

**IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this _28th_ day of _January_____, 2021.

WITNESSES

_____    _Daniella Maciel DeSouza_____
Robert B Brown                                        **DANIELLA MACIEL DeSOUZA, on**
Printed Name                                             **behalf of her minor daughter,**

Dona Brown
Dona Brown
Printed Name

Sworn to and subscribed before me the undersigned

notary this _28_ day of _January_ 2021.

> TERENCE RESHARD ASHTON
> Notary ID #131351883
> My Commission Expires
> November 14, 2021

_____
**NOTARY PUBLIC SIGNATURE**

_____Terence R. Ashton_____
PRINTED NAME: _____
COMMISSION EXPIRES: _11/14/2021_
BAR NO. _____

-10-

Claimant ____ IS, _X__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number): _____ :

First Name: _Maniela_ Last Name: _Bandales_

Gender: _F_ Date of Birth (MM/DD/YYYY) Format: _11/02/1986_

IN WITNESS WHEREOF, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this _11_ day of _March_, 2021.

WITNESSES

_____          _____
                                  MARIELA BARDALES

_____
Printed Name

__Suly Aguilar__
Printed Name

Sworn to and subscribed before me the undersigned

notary this _1_ day of _March_ 2021.

_____
NOTARY PUBLIC SIGNATURE

PRINTED NAME: _____
COMMISSION EXPIRES: _____
BAR NO. _____

PATRICK J. ESKEW
Notary Public
Notary ID No. 132365
Orleans Parish, Louisiana

-10-

Claimant ____ IS, ✗ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: Dinora_____   Last Name: Portillo_____

Gender: F_____   Date of Birth (MM/DD/YYYY) Format: 04/08/1992_____

     IN WITNESS WHEREOF, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

     Signed this 11 day of March_____, 2021.

WITNESSES

_____   _____
                                              DINORA PORTILLO

_____
Printed Name

_____
Suly Aguilar
Printed Name

Sworn to and subscribed before me the undersigned

notary this 11 day of March 2021.

_____
       NOTARY PUBLIC SIGNATURE

PRINTED NAME: _____
COMMISSION EXPIRES: _____
BAR NO. _____

PATRICK J. ESKEW
Notary Public
Notary ID No. 132365
Orleans Parish, Louisiana

-10-

Claimant _____ IS, __X__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _Daisy_____ Last Name: _Perez_____

Gender: _F_____ Date of Birth (MM/DD/YYYY) Format: _01/22/1980_

    **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

    Signed this _11_ day of _March_____, 2021.

WITNESSES

_____    _____
                                            **DAISY PEREZ**

_____
Printed Name

_____
_Suly Aguilar_
Printed Name

Sworn to and subscribed before me the undersigned

    notary this _11_ day of _March_, 2021,

_____
       **NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _____
COMMISSION EXPIRES: _____
BAR NO. _____

PATRICK J. ESKEW
Notary Public
Notary ID No. 132365
Orleans Parish, Louisiana

-10-

Claimant _____ IS, __X__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____ :

First Name: _Keyla_____ Last Name: _Gonzales_____

Gender:_F_____ Date of Birth (MM/DD/YYYY) Format: _05/05/199 7_

     **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

     Signed this _11_ day of _March_____, 2021.

WITNESSES

_____         _Keyla Gonzalez____
                                               KEYLA GONZALES
Printed Name

_____
_Suly Aguilar___
Printed Name

Sworn to and subscribed before me the undersigned

notary this _11_ day of _March_ 2021.

_____
NOTARY PUBLIC SIGNATURE

PRINTED NAME: _____
COMMISSION EXPIRES: _____
BAR NO. _____

PATRICK J. ESKEW
Notary Public
Notary ID No. 132365
Orleans Parish, Louisiana

=10=

Claimant _____ IS; __X__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number): _____ :

First Name: _Vickie_ _____ Last Name: _Fuentes_ _____

Gender: _F_ _____ Date of Birth (MM/DD/YYYY) Format: _04 / 30 / 199)_

     **IN WITNESS WHEREOF,** the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

     Signed this _l_ day of _March_ _____, 2021.

**WITNESSES**

_____      _Vickie Fuentes_
                                                 **VICKIE FUENTES**

_____
Printed Name

_____

_Suly Aguilar_
Printed Name

Sworn to and subscribed before me the undersigned

notary this _l_ day of _March_ 2021.

_____
     **NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _____
COMMISSION EXPIRES: _____
BAR NO. _____

     PATRICK J. ESKEW
       Notary Public
     Notary ID No. 132365
     Orleans Parish, Louisiana

-10-

Claimant _____ IS, __X__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _Kenia_____    Last Name: _Gonzales_____

Gender: _F_____    Date of Birth (MM/DD/YYYY) Format: _09/15/1998_

     **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

     Signed this _1_ day of _March_____, 2021.

WITNESSES

_____    _Kenia Gonzalez_____
                                                **KENIA GONZALES**

_____
Printed Name

_____

_Suly Aguilar_____
Printed Name

Sworn to and subscribed before me the undersigned

notary this _1_ day of _March_, 2021.



_____
     **NOTARY PUBLIC SIGNATURE**

PRINTED NAME:_____
COMMISSION EXPIRES:_____
BAR NO._____

**PATRICK J. ESKEW**
Notary Public
Notary ID No. 132365
Orleans Parish, Louisiana

-10-

Claimant _____IS, _____IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____          Last Name: _____

Gender:_____          Date of Birth (MM/DD/YYYY) Format: _____

      **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

      Signed this 4 day of February , 2021.

WITNESSES

_____                    _____
Daniel Marquez                                                          **FRANCISCO ZUNIGA-MAURICIO**
Printed Name


_____
Roxana Portillo
Printed Name


Sworn to and subscribed before me the undersigned

notary this __ day of February , 2021.


_____
**NOTARY PUBLIC SIGNATURE**


PRINTED NAME: _____
COMMISSION EXPIRES: _____
BAR NO. _____

-10-

Claimant _____ IS, _×_ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

**IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this _16_ day of _January_____, 2021.

**WITNESSES**

_____

_Paola Hernandez_____
Printed Name

_____

_Roxanne Portillo_____
Printed Name

_Nicaurys Duran Garcia_____
**NICAURYS DURAN**

Sworn to and subscribed before me the undersigned

notary this __ day of _____, 2021.

**NOTARY PUBLIC SIGNATURE**
_Riquer Silva_____
PRINTED NAME: _____
COMMISSION EXPIRES: _at death____
BAR NO. ___27034_____

-10-

Claimant _____ IS, _x_ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender: _____     Date of Birth (MM/DD/YYYY) Format: _____

**IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this _16_ day of _January_____, 2021.

WITNESSES

_____     _Rosalia Bodden_____
_Paola Hernandez_____          **ROSALIA BODDEN**
Printed Name

_____

_Roxana Portillo_____
Printed Name

Sworn to and subscribed before me the undersigned

notary this __ day of _____, 2021.

_____
**NOTARY PUBLIC SIGNATURE**
_Riquer Silva_____
PRINTED NAME: _____
COMMISSION EXPIRES: _at death_____
BAR NO. ____27084_____

-10-

Claimant _____IS, __X__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____    Last Name: _____

Gender:_____    Date of Birth (MM/DD/YYYY) Format: _____

**IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this _3_ day of _February_____, 2021.

WITNESSES

_____            _Mirian Garay_____
_Paola Hernandez_____                        **MIRIÁM GARAY**
Printed Name

_____
_Roxana Portillo_____
Printed Name

Sworn to and subscribed before me the undersigned

notary this 3th day of February, 2021.

_____
**NOTARY PUBLIC SIGNATURE**

_____
PRINTED NAME: Ryan A. Creel
COMMISSION EXPIRES: at death
BAR NO. _32842_

-10-

Claimant _____ IS, _✓_ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____ Last Name: _____

Gender:_____ Date of Birth (MM/DD/YYYY) Format: _____

**IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this 12 day of February, 2021.

WITNESSES

_____           _Mirna Garay_____
Daniel Marquez                                                   **MIRNA GARAY**
Printed Name

_____
Roxana Portillo
Printed Name

Sworn to and subscribed before me the undersigned

notary this 12th day of February, 2021.

_____
**NOTARY PUBLIC SIGNATURE**

PRINTED NAME: Ryan A Creel
COMMISSION EXPIRES: at death
BAR NO. 32842

-10-

Claimant _____ IS, __X__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____ :

First Name: _____    Last Name: _____

Gender:_____    Date of Birth (MM/DD/YYYY) Format: _____

**IN WITNESS WHEREOF,** the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this 13 day of _February_____, 2021.

**WITNESSES**

_____          _____

_Paola Hernandez_____                    **CARMEN GARAY**
Printed Name

_Roxana Portillo_____
Printed Name

Sworn to and subscribed before me the undersigned

notary this 13th day of February , 2021.

_____
**NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _Ryan A. Creel_
COMMISSION EXPIRES: _at death_
BAR NO. _32842_

-10-

Claimant _____ IS, _x_ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____        Last Name: _____

Gender:_____        Date of Birth (MM/DD/YYYY) Format: _____

      **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

      Signed this 19 day of February , 2021.

WITNESSES

_____        _____
                                                          **MELVIN HERRERA**
Daniel Marquez
Printed Name

_____

Roxana Portillo
Printed Name

Sworn to and subscribed before me the undersigned

    notary this 19th day of February , 2021.

_____
              **NOTARY PUBLIC SIGNATURE**

PRINTED NAME: Ryan A. Creel
COMMISSION EXPIRES: at death
BAR NO. _____ 32842

-10-

Claimant _____ IS, ✓ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

**IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this 23rd day of _March_ , 2021.

**WITNESSES**

_____     _____
                                        **ORLANDO MOREIRA**
DORIS GUERRERO
Printed Name

Yesenia Rovelo
Yesenia Rovelo
Printed Name

Sworn to and subscribed before me the undersigned

notary this 23rd day of _March_ 2021.

_____
NOTARY PUBLIC SIGNATURE

PRINTED NAME:_____     CESAR J. VAZQUEZ
COMMISSION EXPIRES: _____     Attorney & Notary Public
BAR NO. _____     Bar #19195
                                 My commission is for life

-10-

Claimant _____ IS, _Not_ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number): _____ :

First Name: _____     Last Name: _____

Gender: _____     Date of Birth (MM/DD/YYYY) Format: _____

      **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

      Signed this 24 day of February , 2021.

**WITNESSES**

_____        BY MARIANO GUZMAN ORDOÑEZ
Melany Gonzalez                                 **MARIANO GUZMAN**
Printed Name

_____
Santos Sanchez
Printed Name

Sworn to and subscribed before me the undersigned

    notary this 24 day of February , 2021.

_____
**NOTARY PUBLIC SIGNATURE**

                                                                 VILMA ALIAGA CACERES
                                                       Notary ID #124175249
                                                       My Commission Expires
                                                       April 5, 2022

PRINTED NAME: Vilma Aliaga Cáceres
COMMISSION EXPIRES: April 5, 2022
BAR NO. ID# 124175249

Claimant _____IS, _____IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

**IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this _____ day of _____, 2021.

**WITNESSES**

_____     _____
                                     **MARIA SANCHEZ**

_____
Printed Name

_____
Printed Name

Sworn to and subscribed before me the undersigned

notary this ____ day of _____, 2021.

_____
**NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _____
COMMISSION EXPIRES: _____
BAR NO. _____

Claimant _____ IS, _×_ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

 

**IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this 25 day of March_____, 2021.

**WITNESSES**

_____

Daniel Marquez
Printed Name

_____

Paola Hernandez
Printed Name

_____
**JUAN GARCIA**

 

Sworn to and subscribed before me the undersigned

notary this 25ᵗʰ day of March___, 2021.

_____
**NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _Ryan A. Creel_
COMMISSION EXPIRES: _at death_
BAR NO. _32842_

*[Notary seal: RYAN A. CREEL - ID NO. 90317, NOTARY PUBLIC, COMMISSIONED FOR LIFE, STATE OF LOUISIANA]*

-10-

Claimant _____IS, __X__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____     Last Name: _____

Gender:_____     Date of Birth (MM/DD/YYYY) Format: _____

**IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this 29 day of ___March___, 2021.

WITNESSES

_____          _____
                                                   MARÍA ESTRADA
Daniel Marquez
Printed Name

Paola Hernandez
Printed Name

Sworn to and subscribed before me the undersigned

notary this 29th day of March, 2021.

_____
**NOTARY PUBLIC SIGNATURE**

PRINTED NAME: Ryan A Creel
COMMISSION EXPIRES: at death
BAR NO. 32842

-10-

Claimant ____ IS, NOT (IS NOT) a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number): _N/A_____:

First Name: _Latara (mother)_ Last Name: _Gaines_

Gender: _Female_ Date of Birth (MM/DD/YYYY) Format: _01/28/88_

_Minor Child (male)_

      **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this _8_ day of _Jan_____, 2021.

**WITNESSES**

_Kenneth Watson_
_Kenneth Watson_
Printed Name

_Peggy Joseph_
_PEGGY JOSEPH_
Printed Name

_____
**LATARA GAINES, individually and
on behalf of her minor child,**

           **Y**

Sworn to and subscribed before me the undersigned

notary this _8th_ day of _January_, 2021.

_____
**NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _RANDAL GAINES_
COMMISSION EXPIRES: _N/A_
BAR NO. _17576_

-1-

Claimant _____IS, ___IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number): N/A _____:

First Name: Eriberto _____ Last Name: Amparo - Cordero

Gender: M _____ Date of Birth (MM/DD/YYYY) Format: 2·21·1948

       **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

       Signed this _ day of _March_____, 2021.

**WITNESSES**

_____       _____

                                       **ERIBERTO AMPARAO-CORDERO**

MARIE ANN _____
Printed Name

_____
Printed Name  Youmara Duran

Sworn to and subscribed before me the undersigned

    notary this _ day of _March_, 2021.

_____
    **NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _____
COMMISSION EXPIRES: LLOYD N. FRISCHHERTZ
BAR NO. _____ Notary Public
                  State of Louisiana
                  LSBA No. 5749
                  My Commission is for Life

Claimant _____ IS, ✔ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _William_ Last Name: _Beal_

Gender: _Male_ Date of Birth (MM/DD/YYYY) Format: _10/26/1980_

    **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

    Signed this _15_ day of _JANUARY_, 2021.

**WITNESSES**

_William F. Bologna_ (signature)

WILLIAM F. Bologna
Printed Name

_Mary Lynne Clogher_ (signature)

Mary Lynne Clogher
Printed Name

_William Mack Beal_ (signature)

**WILLIAM MACK BEAL, JR.,**
**individually and on behalf of his minor**
**children,**

Sworn to and subscribed before me the undersigned

    notary this _15_ day of _JAN_, 2021.

_Dwight L. Acomb_ (signature)

NOTARY PUBLIC SIGNATURE

Dwight L. Acomb
PRINTED NAME:
COMMISSION ~~EXPIRES:~~ IS FOR LIFE
BAR NO. _18753_

-10-

Claimant _____ IS, __✓__ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: __Amy_____    Last Name: __Beal_____

Gender: __F_____    Date of Birth (MM/DD/YYYY) Format: _____

      **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

      Signed this __15__ day of __January_____, 2021.

**WITNESSES**

_____          _____
__WILLIAM F. BICOGNA__                        **AMY LEBLANC BEAL, individually**
Printed Name                                  **and on behalf of her minor children,**

__Mary Lynne Clogher_____
__Mary Lynne Clogher_____
Printed Name


Sworn to and subscribed before me the undersigned

      notary this __15__ day of __JAN__, 2021.

_____
**NOTARY PUBLIC SIGNATURE**
__Dwight L. Acomb_____
PRINTED NAME:_____
COMMISSION EXPIRES: __is For Life__
BAR NO. ___18753_____

Claimant _____ IS, _X_ IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: Darlin            Last Name: Garcia

Gender: Male            Date of Birth (MM/DD/YYYY) Format: 07/06/1992

      **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

      Signed this 11 day of March _____, 2021.

**WITNESSES**

_____

Suly Aguitar
Printed Name

_____

Kris Bozeman
Printed Name

D Garcia
_____
**DARLIN GARCIA**

Sworn to and subscribed before me the undersigned

    notary this 11 day of March 2021.

_____
**NOTARY PUBLIC SIGNATURE**

_____
PRINTED NAME: _____
COMMISSION EXPIRES: _____
BAR NO. _____

PATRICK J. ESKEW
Notary Public
Notary ID No. 132365
Orleans Parish, Louisiana

-10-

Claimant ____IS, __✓__IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _Hilda_____     Last Name: __Gomez_____

Gender: _female_____     Date of Birth (MM/DD/YYYY) Format: _10|24|1985_

     **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

     Signed this _14_ day of ___July_____, 2021.

**WITNESSES**

_Chinede Nsedu_____

_Amanda M Sanders_____
Printed Name

_____     **HILDA GOMEZ**

_Tana Jordan_____
Printed Name

Sworn to and subscribed before me the undersigned

     notary this _14_ day of ___July___ 2021.

John D. Sileo
Louisiana Bar # 17797
Lifetime Commission

_____
**NOTARY PUBLIC SIGNATURE**

PRINTED NAME: _John D Sileo_____
COMMISSION EXPIRES: _At death_____
BAR NO. _17797_____

-10-

Claimant _____IS, _____IS NOT a Medicare recipient.

If Claimant is a Medicare recipient, Claimant's identifying information is as follows:

Health Insurance Claim Number ("HICN" a/k/a Medicare Number):_____:

First Name: _____    Last Name: _____

Gender:_____    Date of Birth (MM/DD/YYYY) Format: _____

    **IN WITNESS WHEREOF**, the undersigned have knowingly and voluntarily executed this Agreement on the date set forth above their signature in separate originals in the presence of the undersigned competent witnesses and Notary Public, after a due and complete reading and understanding of the whole.

Signed this 15th day of October, 2021.

**WITNESSES**

_____    _____

JOHN SCHMIDT    **PRINCESS SHERROD, as named**
Printed Name    **plaintiff in the matter captioned:**
    *Roderick Sherrod, on behalf of the minor*

_____

Hailey Sheline
Printed Name


Sworn to and subscribed before me the undersigned

notary this 15th day of October, 2021.

_____
**NOTARY PUBLIC SIGNATURE**

Nicole Necaise
PRINTED NAME:_____
COMMISSION EXPIRES:_____
BAR NO. _____

*(Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 121286, NICOLE L. NECAISE, Commission Expires Aug. 30, 2025, HARRISON COUNTY)*

-10-