EXHIBIT D

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

PRINCESS SHERROD

CIVIL ACTION

VERSUS

18-746-SDD-EWD

WALLACE, RUSH, SCHMIDT, INC., ET AL.

**ORDER OF REMAND**

For the reasons set forth in this Court's *Ruling*;[1]

This matter is hereby REMANDED to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, pursuant to 28 U.S.C. § 1452(b), and the Court hereby ABSTAINS from presiding over this matter, pursuant to 28 U.S.C. §1334(c)(1).

Signed in Baton Rouge, Louisiana on <u>March 19, 2019</u>.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 17.