**Ashley Kujawa**

| | |
|---|---|
| **From:** | enoticing@lamd.uscourts.gov |
| **Sent:** | Thursday, July 27, 2023 4:35 PM |
| **To:** | Courtmail@lamd.uscourts.gov |
| **Subject:** | Activity in Case 3:23-cv-00291-BAJ-SDJ Sherrod et al v. Wallace, Rush, Schmidt, Inc., et al Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Middle District of Louisiana

## Notice of Electronic Filing

The following transaction was entered on 7/27/2023 at 4:35 PM CDT and filed on 7/27/2023

**Case Name:** Sherrod et al v. Wallace, Rush, Schmidt, Inc., et al
**Case Number:** 3:23-cv-00291-BAJ-SDJ
**Filer:**
**Document Number:** 46(No document attached)

**Docket Text:**
**ORDER: This matter is before the court on an Order (R. Doc. 23) setting a scheduling conference for August 3, 2023, at 3:00 p.m. Because an Motion to Transfer Case to U.S. District Court Eastern District of Louisiana (R. Doc. 21) and Joint Motion to Remand and/or Abstain (R. Doc. 27) has been filed, the scheduling conference set for August 3, 2023, is CANCELED. Should the District Judge deny both the Motion to Transfer Case to U.S. District Court Eastern District of Louisiana and the Joint Motion to Remand and/or Abstain, the parties are instructed to file a motion for status conference within seven days. Therefore, the [41] Motion for Extension of Time to File Joint Status Report is DENIED as moot. Signed by Magistrate Judge Scott D. Johnson on 7/27/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(KAH)**

**3:23-cv-00291-BAJ-SDJ Notice has been electronically mailed to:**

Barbara B. Parsons     bparsons@steffeslaw.com, akujawa@steffeslaw.com, cbiggs@steffeslaw.com, schassaing@steffeslaw.com

Barry J. Landry     landry52@aol.com, cindyw@rtconline.com

Christopher Cameron McCall     cmccall@baggettmccall.com, krandolph@baggettmccall.com

Christopher Shannon Hardy     shannon@pennyhardy.com, agriffin@pennyhardy.com

Debra J. Fischman     dfischman@shergarner.com, lerskin@shergarner.com, mnaquin@shergarner.com, sroussel@shergarner.com

Donald A Mau , I     dmau@meliaslaw.com, kmacready@hhklawfirm.com

Dwazendra J. Smith     dwa@doranlawfirm.com, paralegal@doranlawfirm.com, tammy@doranlawfirm.com

Edward Lee Moreno     emoreno@redmannlaw.com, jsanchez@redmannlaw.com, krizzo@redmannlaw.com, vicki@redmannlaw.com

Harry Edward Sherman     nolaatty4u@gmail.com

Henry Price Mounger     price@dodsonhooks.com

Howard Louis Murphy     hmurphy@deutschkerrigan.com, agambino@dkslaw.com

James L. Pate     jpate@neunerpate.com, mhebert@neunerpate.com

James M. Garner     jgarner@shergarner.com, jchocheles@shergarner.com, lerskin@shergarner.com, priggs@shergarner.com

Jesse L. Wimberly , III     thefirm@wimberlylaw.com

John W. Penny , Jr     jay@pennyhardy.com, agriffin@pennyhardy.com, ashley@pennyhardy.com, shannon@pennyhardy.com, susan@pennyhardy.com

John William Redmann     jwredmann@gmail.com, dcatron@redmannlaw.com, emoreno@redmannlaw.com

Jose Rafael Ruiz     jruiz@deutschkerrigan.com, cparker@deutschkerrigan.com

Kenneth H. Hooks , III     KENNY@DODSONHOOKS.COM, Amanda@dodsonhooks.com, L'Reece@dodsonhooks.com, Lauren@dodsonhooks.com, Price@dodsonhooks.com, Tara@dodsonhooks.com

Lawrence Blake Jones     jones@nola-law.com, jason@nola-law.com

Miguel Abraham Elias     miguelelias@meliaslaw.com

Patrick J Eskew     pje@nola-law.com

Phillip K. Wallace     philkwall@aol.com

Pride J. Doran     pride@doranlawfirm.com, christine@doranlawfirm.com, paralegal@doranlawfirm.com

Randall C. Mulcahy     rmulcahy@garrisonyount.com, jkenyon@garrisonyount.com

Richard T Haik , Jr     richardh@mmrblaw.com, christineh@mmrblaw.com

Sloan L Abernathy     sabernathy@deutschkerrigan.com, ncollier@deutschkerrigan.com

Troy A. Broussard    troybroussard@allengooch.com, jessicahughes@allengooch.com, judyguidry@allengooch.com

**3:23-cv-00291-BAJ-SDJ Notice has been delivered by other means to:**